DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
FRANK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-254-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| FRANK JOHNSON, ALISHA GRIM and COURTNEY LASHAWN WILLIAMS, | Date:  October 14, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney, MICHELE RODRIGUEZ for the United States, FRANK JOHNSON by and through his counsel Assistant Federal Defender, COURTNEY FEIN, ALISHA GRIM by and through her counsel SCOTT CAMERON and COURTNEY LASHAWN WILLIAMS, by and through her counsel, CANDACE FRY, stipulate that the status conference hearing date of September 16, 2011 be vacated, and the matter be set for status conference on October 14, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to receive and review the plea agreements and to allow the newest defense counsel on the case Ms. Fry to review the discovery and consult with her client as her client was recently arraigned.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including

September 16, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  September 14, 2011.                                   Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for FRANK JOHNSON


/s/  Courtney Fein for
SCOTT CAMERON
Attorney at Law
Attorney for ALISHA GRIM

/s/  Courtney Fein for
CANDACE FRY
Attorney at Law
Attorney for COURTNEY LASHAWN WILLIAMS


DATED:  September 14, 2011.                                   BENJAMIN WAGNER
United States Attorney

/s/ Michelle Rodriguez
MICHELE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 16, 2011, status conference hearing be continued to October 14, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 14, 2011 status conference shall be

1  excluded from computation of time within which the trial of this matter must be commenced
2  under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
3  T-4, to allow defense counsel reasonable time to prepare.

4  Dated:  September 14, 2011

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```