```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    Alisha Grim
 5

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,   )  CASE NO.  2:11-cr-00254 GEB
                                )
11           Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                )  CONTINUING CHANGE OF PLEA
12       v.                     )
                                )
13  Alisha Grim, et. al.        )  DATE: October 14, 2011
                                )  TIME: 9:00 a.m.
14           Defendants.        )  COURT: Hon. Garland Burrell, Jr.
    _____)
15
```

### Stipulation

The parties, through undersigned counsel, stipulate that the change of plea, scheduled for October 14, 2011, may be continued to October 28, 2011, at 9:00 a.m.  Counsel for Alisha Grim has a conflicting evidentiary/sentencing hearing in an unrelated case in another jurisdiction at the time currently set for the change of plea in the instant case.

Further, the parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

1

The government has authorized the defense counsel for Alisha Grim to sign this stipulation on her behalf.

DATED: October 12, 2011					BENJAMIN WAGNER
								United States Attorney

							by	/s/ Scott N. Cameron, for
								Michelle Rodriguez
								Assistant U.S. Attorney

DATED: October 12, 2011
							by	/s/ Scott N. Cameron
								Scott N. Cameron
								Counsel for Alisha Grim

Order

Good cause appearing,

The change of plea, scheduled for October 14, 2011, is continued to October 28, 2011, at 9:00 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated:  October 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2