1 | SCOTT N. CAMERON
Attorney at Law
2 | 1007 7th Street, Suite 319
Sacramento, California 95814
3 | Telephone: (916) 442-5230

4 | Attorney for:
Alisha Grim

5

6

7 |             IN THE UNITED STATES DISTRICT COURT

8 |          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    )   CASE NO.  2:11-cr-00254 GEB
                                )
11 |                  Plaintiff,  )   **STIPULATION AND [PROPOSED] ORDER**
                                )   **CONTINUING THE JUDGMENT AND**
12 |     v.                       )   **SENTENCING OF DEFENDANT ALISHA**
                                )   **GRIM**
13 | Alisha Grim, et. al.         )
                                )
14 |                  Defendants.  )   DATE: January 20, 2012
   _____)   TIME: 9:00 a.m.
15 |                                  COURT: Hon. Garland Burrell, Jr.

16 |                      **Stipulation**

17 |     The parties, through undersigned counsel, stipulate that the

18 | judgment and sentencing of defendant Alisha Grim, scheduled for

19 | January 20, 2012, may be continued to February 10, 2012, at 9:00 a.m.

20 | Counsel for Alisha Grim received the final pre-sentence report (PSR)

21 | from Probation on January 5, 2012, and the present date set for

22 | counsel's motion for correction of the PSR is January 6, 2012.

23 | Counsel for Alisha Grim needs the additional time requested in this

24 | stipulation to consult with the client prior to filing the motion for

25 | correction of the PSR.  The client is housed in the Nevada County

26 | Jail.

27 |     Furthermore, the parties stipulate to the following schedule of

28 | disclosure/briefing schedule:

                                  1

1       Proposed PSR Disclosed to Counsel:       Completed

2       Counsel's Written Objections to Probation:  Completed

3       Pre-Sentence Report Filed with the Court:  Completed

4       Motion for Correction to PSR:        January 27, 2012

5       Reply or Statement of Non-Opposition:    February 3, 2012

6       Judgment and Sentencing:      February 10, 2012, 9:00 a.m.

7       The government has authorized the defense counsel for Alisha Grim

8  to sign this stipulation on her behalf.

9

10  DATED: January 5, 2012           BENJAMIN WAGNER
                               United States Attorney

11

12                        by   /s/ Scott N. Cameron, for
                               Michelle Rodriguez
13                               Assistant U.S. Attorney

14  DATED: January 5, 2012

15                        by   /s/ Scott N. Cameron
                               Scott N. Cameron
16                               Counsel for Alisha Grim

17                       Order

18       Good cause appearing,

19       The date for judgment and sentencing of defendant Alisha Grim,

20  presently scheduled for January 20, 2012, is continued to February 10,

21  2012, at 9:00 a.m.  The Court also orders the briefing schedule as set

22  forth in the above stipulation.

23       IT IS SO ORDERED.

24  Dated:  January 5, 2012

25

26                                                  
                    GARLAND E. BURRELL, JR.
27                    United States District Judge

28